.

BENJAMIN JEFFREY TURNAGE
3438 HARLE STREET
PEARL, MS 39208


MICHAEL G. POND
POND & BURTON, PLLC
1675 LAKELAND DRIVE
SUITE 400
JACKSON, MS 39216

CHARLES JONES
860 LONG WOOD PLACE
PEARL, MS 39208